## 33593. CONTINENTAL INSURANCE COMPANY v. ECHOLS et al.

PER CURIAM.

The law of the case having been established in *Londeau v. Davis,* 136 Ga. App. 25 (220 SE2d 43) (1975), the application for certiorari was improvidently granted and the writ is hereby dismissed.

*Dismissed. All the Justices concur, except Hill and Marshall, JJ., who dissent.*

ARGUED JULY 10, 1978 — DECIDED OCTOBER 25, 1978.

*Swift, Currie, McGhee & Hiers, Irwin W. Stolz, Jr., Clayton H. Farnham,* for appellant.
*Rich, Bass, Kidd, Witcher & Billington, Casper Rich, R. Hopkins Kidd,* for appellees.